AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 20, 2024**

SEAN F. McAVOY, CLERK

CHAD A. PIERCE )
*Plaintiff* )
v. ) Civil Action No. 2:24-CV-0385-RLP
)
)
STATE OF WASHINGTON, et. al. )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Order filed at ECF No. 8, Mr. Pierce's Complaint, ECF No. 1, is DISMISSED, without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge REBECCA L. PENNELL

Date: 12/20/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham